COURT OF APPEALS
FIRST DISTRICT

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

SEP 2 3 2015

CHRISTOPHER A. PRINE
CLERK _____

RE: DOCKET SHEET

I WOULD LIKE A NEW DOCKET SHEET FOR
COURT OF APPEALS NUMBER: 01-15-00494-CR
TRIAL COURT CASE NUMBER: 677275

FROM COURT NUMBER #2

THANK YOU FOR YOUR TIME ON THIS

Donald Wayne Herod
DONALD WAYNE HEROD #1538539
McCONNELL UNIT
3001 SOUTH EMILY DRIVE
BEEVILLE, TX. 78102

SEPT. 18th, 2015

Donald Wayne Heeod #1538539
McConnell Unit
3001 South Emily Drive
Beeville, Tx. 78102

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

SEP 23 2015

CHRISTOPHER A. PRINE
CLERK

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
21 SEP 2015 PM 3 L

Court of Appeals
First District
301 Fannin Street
Houston, Tx. 77002-2066

RECEIVED

7700220669

FOREVER
USA